STATE OF CONNECTICUT *v.* JOSEPH J. FARRICIELLI

STATE OF CONNECTICUT *v.* HAMDEN
SALVAGE, INC.

STATE OF CONNECTICUT *v.* HAMDEN SAND
AND STONE, INC.

STATE OF CONNECTICUT *v.* TIRE SALVAGE, INC.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Maureen O'Doherty,* in support of the petition.

Decided November 6, 2002

BASIL E. KEISER *v.* ZONING COMMISSION OF THE
TOWN OF REDDING ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Michael N. LaVelle* and *Gwen P. Weisberg,* in support of the petition.

*Nancy Burton,* in opposition.

Decided November 6, 2002